**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00408-REB-BNB

LISA L. GALLEGOS,

    Plaintiff,

v.

ACE EXPRESS - COACH USA,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on:1) the defendant's **Motion to Dismiss** [#11], filed May 30, 2006; and 2) the **Amended Recommendation of United States Magistrate Judge** [#23], filed December 18, 2006.  The magistrate judge recommends that the motion to dismiss be denied.  The defendant has filed, and I have reviewed, an **Objection to Amended Recommendation of United States Magistrate Judge** [#26], filed January 8, 2007.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, and the applicable case law.  In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and

well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Amended Recommendation of United States Magistrate Judge** [#23], filed December 18, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the defendant's **Objection to Amended Recommendation of United States Magistrate Judge** [#26], filed January 8, 2007, is **OVERRULED and DENIED**; and

3. That the defendant's **Motion to Dismiss** [#11], filed May 30, 2006 , is **DENIED**.

Dated January 19, 2007, at Denver, Colorado.

            **BY THE COURT:**

            **s/ Robert E. Blackburn**
            **Robert E. Blackburn**
            **United States District Judge**